LAW OFFICES OF BILL LATOUR
BILL LATOUR [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARNYE L. COLLINS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 09-1785 RZ<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear ~~her~~ its own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

    Date: February 19, 2010

                                  _____
                                  RALPH ZAREFSKY
                                  UNITED STATES MAGISTRATE JUDGE